## BOARD OF COM'RS OF GARVIN COUNTY v. TRAHERN.

No. 5775—Opinion Filed June 27, 1916.

(158 Pac. 1133.)

### Former Decision Controlling.

The syllabus in this case same as in case No. 5776, ante, p. 221, 158 Pac. 1133.

(Syllabus by Collier, C.)

Error from District Court, Garvin County; R. McMillan. Judge.

Action between the Board of County Commissioners of Garvin County and Lula E. Trahern. From the judgment, the Board brings error. Reversed and remanded.

Former opinion dismissing appeal, published in 154 Pac. Rep., p. 549, withdrawn.

Opinion by COLLIER, C. This case involves the same questions as raised in the case of Board of County Commissioners of Garvin County, Okla., v. Alvin F. Pyeatt, Assignee of T. C. Branum, et al. (No. 5776). ante, p. 221, 158 Pac. 1133, and by stipulation it was agreed that in this cause the same decision and judgment be entered and rendered as is rendered in said cause No. 5776. Therefore this cause is decided in accord with the opinion handed down in said case No. 5776.

This cause should be reversed and remanded.

By the Court: It is so ordered.